Alexander Emia
17509 Sandlewood Dr.
Riverside, California 92503
Phone: (909) 263-4931 ~ fax
Email: Rubyvim@hotmail.com
In Pro Se

FILED ORIGINAL
2008 AUG 27 PM 2:29
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV 08 - 05632 RGK (Ex)

| | |
|---|---|
| ALEXANDER EMIA<br><br>Plaintiffs,<br><br>vs.<br><br>LEHMAN BROTHERS BANK;<br>AURORA LOAN SERVICING;<br>and, DOES 1 through 65 10<br>INCLUSIVE<br><br>Defendants | Case No.<br><br>VERIFIED COMPLAINT<br>FOR INJUNCTIVE RELIEF<br>DECLARATORY RELIEF AND<br>MONETARY DAMAGES<br><br>[15 U.S.C. 1601, et seq.] |

## MATTERS COMMON TO MULTIPLE CLAIMS

### INTRODUCTION

1. Plaintiff, ALEXANDER EMIA, brings this action against Mortgage Lenders, LEHMAN BROTHERS BANK, and. AURORA LOAN SERVICING, to secure redress from predatory and fraudulent lending practices. Plaintiff seeks to rescind a residential mortgage loan for violation of the Truth in Lending Act, codified at 15 U.S.C. § 1601 et seq., (TILA), and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226.

### JURISDICTION

2. This Court has jurisdiction under 28 U.S.C. § 1331 (general federal question), 15 U.S.C. § 1601 (TILA), and 28 U.S.C. § 1367 (supplemental jurisdiction). Venue in this District is proper whereas Defendants transact business here.

## PARTIES

3. Plaintiff, ALEXANDER EMIA, is an individual residing in his home commonly know as, and located at, 17509 Sandlewood Dr., Riverside, California 92503, (hereinafter the "Subject Property").

4. Defendant, LEHMAN BROTHERS BANK, (hereinafter LEHMAN), is a national lender located in New York State.

6. Defendant, AURORA LOAN SERVICING, (hereinafter AURORA), is a national mortgage lender located in the State of Colorado.

8. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES, 1 through 65, INCLUSIVE, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities when they have been ascertained. Plaintiff is informed and believes, and upon such information and belief alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and Plaintiff's' damages were proximately caused by such Defendants.

9. Plaintiff is informed and believes, and on that basis alleges that each of the fictitiously named Defendants were and are the agents, employees, or representatives of the other Defendants and acting in concert with the other.

## FACTS RELATING TO PLAINTIFF'S MARCH 2007 LOAN

10. On or about March 01, 2007, Plaintiff, ALEXANDER EMIA, obtained a 560,000.00 refinance loan from Defendant, LEHMAN BROTHERS BANK.

11. Defendants LEHMAN thereafter assigned the contract to Defendants, AURORA LOAN SERVICING, who are attempting to foreclose on the mortgage.

12. At all times herein mentioned, Plaintiff, ALEXANDER EMIA, paid his mortgage payment in a timely manner and according to terms, until on or about March 01, 2008.

13. On or about January 01, 2008, Plaintiff discovered that his loan was due to reset on or about March 01, 2009.

14. Plaintiff further discovered that on or about August 07, 2007 the Securities and Exchange Commission, issued a Cease and Desist Order against Defendant LEHMAN for unsafe and unsound banking practices and violations of law stemming from, among other things, marketing and extending adjustable rate mortgages, ("ARM") products to sub-prime borrowers in an unsafe and unsound manner.

15. On or about February 22, 2008, Plaintiff sent via U.S. Mail return receipt requested his Notice of Rescission to Defendant AURORA.

16. Plaintiff asserts that Defendants represented to him that the refinance loan was a 30 year fixed rate loan with a fixed interest rate of 6.725% and not a "ARM" loan.

17. Plaintiff asserts that he was "baited" with the 30 year fixed rate mortgage and was later "switched" to a three year "ARM" loan.

18. Plaintiffs further asserts that at no time did he physically meet with an agent of the Defendants, instead, the loan documents were delivered via Defendants employed notary who only acted as a signing agent and at no time disclosed to Plaintiff the contents of the documents.

19. Plaintiffs further asserts that Defendants falsified employment and income information, and forged Plaintiffs name to subsequent escrow documents without Plaintiffs knowledge or prior authorization.

20. Further, Plaintiff asserts that Defendants failed to provide several of the disclosure statements required under (TILA), including but not limited to (a) two copies of Plaintiffs right to rescind, and, (b) ARM disclosure.

### COUNT I- TILA RECISSION

21. Plaintiff incorporates ¶¶ 1-20. This claim is against LEHMAN BROTHERS BANK, and AURORA LOAN SERVICING.

22. Because the Transaction was secured by Plaintiffs' home, and was not entered into for the purposes of the initial acquisition or construction of that home, it was subject to the right to cancel provided by TILA, 15 U.S.C. § 1601, and implementing Federal Reserve Board Regulation Z, 12 C.F.R. §226.23.

/././

<mark>- 3 -</mark>

37. Plaintiff is under financial burden and emotional strain which he is suffering due to this unsettled state of affairs.

38. If Defendants are allowed to perfect their foreclosure on Plaintiff's Note and they are not entitled to do so, Plaintiff will be irreparably damaged in the loss of his property and investment in the same.

**APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE PRELIMINARY INJUNCTION, F.R.C.P. Rule 65**

39. Plaintiff applies for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction enjoining Defendants and his agents, employees, representatives, successors partners, assigns and those acting in concert or in participation with them, from doing the following:

a. Soliciting borrower, negotiating or arranging loans or performing services for borrower in connection with loans that are secured by real property;

b. Employing any person to solicit to borrowers, negotiate or arrange loans or perform services for borrower in connection with loans that are secured by real property;

c. Making or causing to be made any untrue or misleading statement(s) in connection with soliciting, making, or arranging a mortgage loan or in connection with performing any escrow services involving any mortgage loan, including, any misrepresentation that a loan is or will be made at a fixed interest rate when the loan is, or will be, made at an adjustable rate of interest, any misrepresentation of the interest rate or any fees or charges, any misrepresentation comparing the terms of borrowers current loan with the terms of any proposed refinancing of that loan, any misrepresentation of a borrower's income, employment, or assets on any loan application, any misrepresentation of the market value of any property that will be used as security for the repayment of a loan, or any misrepresentation related to a borrowers right to cancel or rescind a loan;

d. Disbursing or receiving any money or property out of any escrow except pursuant to escrow instructions actually signed by all of the relevant parties to the escrow and notarized by a notary who is not employed by or affiliated with any Defendant;

e. Forging any document or altering any loan document after it has been signed;

/././

f. Recording or causing to be recorded any deed, trust deed, or other instrument affecting title to real property that has been forged, altered, or falsified in any respect;

g. Processing a loan or escrow related to a loan or recording a trust deed securing a loan if the loan or loan escrow has been cancelled by the borrower pursuant to the Truth in Lending Act (12 C.F.R. 226.23) or rescinded by the borrower on any ground specified in *California Civil Code* § 1689.

h. Notarizing any deed, trust deed, or any other instrument affecting title to real property;

i. Operating as a credit services organization, as defined by *California Civil Code* § 1789.12(a) without a certificate of registration from the Department of Justice as required by *California Civil Code* § 1789.25;

j. Operating a credit services organization without obtaining a maintaining a surety bond as required by *California Civil Code* § 1789.18;

k. Failing to deliver copies of any loan documents, including loan applications and escrow instructions, at the time of execution to all persons executing those documents;

l. Failing to timely provide to borrowers all accurately completed disclosure statements required by law including the mortgage loan disclosure statement required under *California Business & Professions Code* §§ 10240, 10241, the Good Faith Estimate and HUD-1 forms required under the Real Estate Settlement Procedures Act, (RESPA), and the disclosures required under the Truth in Lending Act. (TILA).

40. Plaintiff additionally requests that the Court enter an order enjoining Defendants and their agents, employees, officers, representatives, successors, partners, assigns, and those acting in concert or participation with them, from spending, transferring, disbursing, encumbering, foreclosing on otherwise dissipating any real or personal property without prior Court approval, including but not limited to any money or other consideration that Defendants have received from Plaintiff for any loan, refinance transaction or appraisals made with Defendants and each of them, and any money or other consideration Defendants have received from Plaintiff as a result of their "Mortgage Scheme" including but not limited to money or other considerations obtained from borrowers, lenders, or other entities for the transaction.

Plaintiff requests a preliminary injunction to enjoin and restrain Defendants, and each of them, and their agents, assigns, employees, officers, attorneys and representatives from engaging in or performing any act to deprive Plaintiff of ownership or possession of the real property commonly known as and located at: 17509 Sandlewood Dr., Riverside, California 92503, including but not limited to instituting, prosecuting or maintaining foreclosure or sale proceedings on the property, from recording any deeds or mortgages regarding the Property or from otherwise taking any steps whatsoever to deprive Plaintiff of ownership on the Property.

This application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction is made under F.R.C.P. Rule 65, on the grounds that:

a. Defendants have violated, and continue to violate, the Truth in Lending Act, 15 U.S.C. § 1601;

b. Defendants have violated, and continue to violate *California Business & Professions Code* § 17200, (prohibiting unfair business practices), and 17500, (prohibiting false or misleading statements).

c. Defendants have violated, and continue to violate Real Estate Settlement Procedures Act, (RESPA);

d. The relief that the Plaintiff is requesting is necessary to protect themselves and the public as a whole from being irreparably harmed by Defendants' misconduct.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants and each of them, as follows:

1. For General Damages in the amount of $563,000.00;

2. For Special Damages according to proof at the time of trial;

3. For exemplary or punitive damages in an amount sufficient to punish Defendants and each of them.

4. For an injunctive order enjoining and restraining Defendants, and each of them from engaging in or performing any act to deprive Plaintiff's of ownership or possession of their real property, including but not limited to, prosecuting or maintaining foreclosure or sale proceedings on Plaintiff's real property, from recording any deeds or mortgages regarding the property, or from

1  otherwise taking any steps whatsoever to deprive Plaintiff's or ownership in the property.

2      5. For a judicial determination of the rights and duties of each party herein;

3      6. For Court fees and cost associated with bringing this action, including but not limited to

4  attorneys fees and cost, if necessary.

5      7. For any and all further relief as the Court may deem just and proper.

7  Dated: August 19, 2008            By: _A. Emia_____
8                                                    Alexander Emia
                                                  Plaintiff

## VERIFICATION

I, ALEXANDER EMIA, Plaintiff in the above entitled action, hereby declare that I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I hereby declare, under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Dated: August 19, 2008                                  By: *A. Emia*

                                                                                          ALEXANDER EMIA

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
ALEXANDER EMIA

**DEFENDANTS**
LEHMAN BROTHERS BANK;
AURORA LOAN SERVICING

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
17509 SANDLEWOOD DR.
RIVERSIDE, CALIFORNIA 92503
Phone: 909-263-4931

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15:1601 FEDERAL TRUTH IN LENDING

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☒ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV 08 - 05632 RGK (EX)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

AUG 27 2008

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | LEHMEN BROTHERS BANK-NEW YORK<br>AURORA LOAN SERVICING-COLORADO |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _A. Ennis_     Date 08/21/2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

```
CV08- 5632 RGK (Ex)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

ALEXANDER EMIA
17509 SANDLEWOOD DR.
RIVERSIDE, CALIFORNIA 92503
Phone: (909) 261-0931

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEXANDER EMIA<br><br>PLAINTIFF<br>v.<br>LEHMAN BROTHERS BANK;<br>AURORA LOAN SERVICING;<br>and, DOES 1 through 10 INCLUSIVE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>08 - 05632 RGK (Ex)<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ ☐ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __ALEXANDER EMIA__, whose address is __17509 SANDLEWOOD DR., RIVERSIDE, CA. 92509__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERI R. CARTER

Clerk, U.S. District Court

Dated: __AUG 27 2008__        By: __L. MURRAY__
                                   Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS